# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

UNUM LIFE INSURANCE COMPANY )
OF AMERICA, )
                                                            )
            Plaintiff, )
                                                            )
v.        )    Case No. CIV-15-304-SPS
                                                            )
BENNY WILLIAMS, DAWN DOZIER, )
JENNIFER LABOR, and TIMOTHY )
SHIRLEY, )
                                                             )
           Defendants. )

## OPINION AND ORDER GRANTING
## MOTION FOR INJUNCTIVE RELIEF

Before the Court is the Plaintiff Unum Life Insurance Company of America's ("Unum") Motion for Injunctive Relief and Brief in Support [Docket No. 21]. Plaintiff has requested that the Court enter an injunction against all defendants in this case. None of the Defendants have responded or otherwise opposed this motion. For the reasons set forth below, the Court finds that Plaintiff Unum Life Insurance Company of America's ("Unum") Motion for Injunctive Relief and Brief in Support [Docket No. 21] should be granted.

The undisputed facts reflect that Unum initiated this litigation on August 14, 2015, pursuant to Fed. R. Civ. P. 22 and 29 U.S.C. § 1332, setting out the competing claims for the proceeds of the deceased's, Kathryn Sparling, life insurance policy in its Interpleader Complaint [Docket No. 3]. Unum represents, and the Court's docket

reflects, that a summons and copy of the Interpleader Complaint was served on all defendants. This Court then granted Unum's Motion to Deposit Funds with the Court [Docket Nos. 7, 8]. Unum represents that it has no interest or claim to any of the proceeds of the insurance policy (other than its requested attorneys' fees and costs, *see* Docket No. 22). "In any civil action of interpleader . . . a district court may issue its process for all claimants and enter its order restraining them from instituting or prosecuting any proceeding in any State or United States court affecting the property, instrument or obligation involved in the interpleader action until further order of the court." 28 U.S.C. § 2361. The Court therefore finds that Unum's request that all defendants be enjoined and restrained from instituting or prosecuting any action in any state or other federal court regarding the life insurance policy which is the subject of the Interpleader Complaint, until further order of this Court, should be GRANTED.

Accordingly, the Court hereby orders that all Defendants, their heirs, successors, and assigns, and those claiming by, though, or under them, their agents, and attorney, are hereby enjoined and restrained until further order of this Court from levying execution on or instituting or prosecuting further any suit or proceedings in state or federal court involving the funds deposited in this interpleader action or the life insurance policy which is the subject of the Interpleader Complaint.

## Conclusion

Therefore, IT IS ORDERED that the Plaintiff Unum Life Insurance Company of America's Motion for Injunctive Relief and Brief in Support [Docket No. 21] is hereby GRANTED.

**DATED** this 3RD day of December, 2015.

_____
Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma